IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
RODNEY D. ARCHER,             )
                              )
          Plaintiff,          )
                              )
     v.                       )    1:24-cv-531
                              )
CABARRUS COUNTY COURTHOUSE,   )
DISTRICT COURT, et al.,       )
                              )
          Defendants.         )
```

### ORDER

The Text Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on July 1, 2024, was served on the parties in this action. (Doc. 7.) No objections were filed within the time limited prescribed by § 636(b). The Court therefore adopts the Magistrate Judge's Recommendation.[1]

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Text Recommendation is **ADOPTED. IT IS FURTHER ORDERED** that the Motion for Temporary Injunction, (Doc. 6), is **DENIED.**

---

[1] Plaintiff filed the Brief, (Doc. 8), and Additional Attachments, (Doc. 9), and thereby remedied that defect. However, the other defects of the Motion for Temporary Injunction, (Doc. 6), noted in the Text Recommendation remain and continue to warrant denial of the request for preliminary injunctive relief.

This the 20th day of August, 2024.

/s/ William L. Osteen, Jr.
United States District Judge

- 2 -

Case 1:24-cv-00531-WO-LPA   Document 10   Filed 08/20/24   Page 2 of 2